UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ELIZABETH BETSY WOLFENDEN, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| ) | |
| JUDGE JOSEPH M. BUCKNER, ) | No. 5:09-CV-536-BR |
| LUNSFORD LONG, ) | |
| DONNA AMBLER DAVIS, ) | |
| LEIGH A. PEEK, ) | |
| THE STATE OF NORTH CAROLINA, ) | |
| THE NORTH CAROLINA STATE BAR, ) | |
| LONG & LONG, ) | |
| COLEMAN GLEDHIHLL HARGRAVE & ) | |
| PEEK, ) | |
| DONNA AMBLER DAVIS, PC ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for consideration of the Defendants' Motions to Dimiss, Plaintiff's Motion for leave to file an amended complaint and Plaintiff's Motion to Remand this case to the state court.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion to Remand is ALLOWED, Plaintiff's Motion to Amend is DENIED, and Defendants' Motions to Dismiss as to the § 1983 claim are ALLOWED. Defendant's Motion to Continue the Rule 26(f) conference is DENIED as moot. Pursuant to 28 U.S.C. § 1367(c)(3), the court declines to exercise supplemental jurisdiction over the state law claims and this case is REMANDED to Wake County Superior Court.

**This judgment filed and entered on July 26, 2010, and served on:**

Elizabeth Betsy Wolfenden (via U.S. Mail)
Valerie L. Bateman (via CM/ECF Notice of Electronic Filing)
J. William Blue, Jr. (via CM/ECF Notice of Electronic Filing)
Walter Brock, Jr. (via CM/ECF Notice of Electronic Filing)
David O. Lewis (via CM/ECF Notice of Electronic Filing)
The Honorable Nancy Lorrin Freeman, Clerk of Wake County Superior Court (via U.S. Mail)

July 26, 2010                 /s/ Dennis P. Iavarone
                                        Clerk of Court